D35.  Foamex LP
    D36.  Foamex International Inc.;
    D37.  FMXI, Inc.;
    D38.  PMC, Inc.;
    D39.  PMC Global, Inc.;
    D40.  JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional;
    D41.  Essex Insurance Company;
    D42.  Multi-State Inspections, Inc.;
    D43.  High Caliber Inspections, Inc.;
    D44.  Underwriters at Lloyd's, London;
    D45.  Gresham & Associates of R.I., Inc.
    D46.  Four Seasons Coach Leasing, Inc.,
    D47.  through D58. "John Doe" defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame-retardant foam or other defective products in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed or produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty-related persons or entities with intent to hinder, delay or defraud Plaintiffs).

**Defendants**

---

## PETITION FOR REMOVAL

**To:**  *The United States District Court for the District of Rhode Island*

    1.    Defendant, Diane DeRuosi, in her capacity as Treasurer of the Town of West Warwick, is a defendant in a civil action filed in the Providence County Superior Court entitled *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. *04-3985*. Certified copies of the record and Docket Sheets from the Providence County Superior Court are attached hereto as Exhibit A.

    2.    The aforesaid action was commenced with the filing of a Complaint with the

14

Providence County Superior Court and the undersigned counsel's acceptance of service of the instant Complaint on behalf of defendant. This complaint was filed and service accepted on July 22, 2004.

3. That the above described action, as stated in plaintiffs Complaint, is one of which this court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1369 and is one which may be removed to this court by the defendants pursuant to the provisions of 28 U.S.C. §1441(a)-(d).

Defendant Town of West Warwick,
By its attorneys,

_____
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax:   (401) 272-9937
Email: marc@desistolaw.com

15

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 23rd day of July 2004 to:

**Mark S. Mandell, Esq.**
**Yvette M. Boisclair, Esq.**
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax
msmandell@msb.com

**Max H. Wistow, Esq.**
Wistow & Barylick
61 Weybosset St
Providence, RI 02903
(401) 831-2700
(401) 272-9752 fax
mw@wistbar.com

**Patrick T. Jones, Esq.**
Cooley Manion Jones, LLP
1 Center Pl
Providence, RI 02903
(401) 273-0800
(617) 737-3113 fax
pjones@cmj-law.com

**Charles N. Redihan, Jr., Esq.**
Kiernan, Plunkett & Redihan
91 Friendship St
Providence, RI 02903
(401) 831-2900
(401) 331-7123 fax
credihan@kprlaw.com

**Stephen E. Breggia, Esq.**
Breggia Bowen & Grande
395 Smith St
Providence, RI 02908
(401) 831-1900
(401) 831-0129 fax
sbreggia@bbglaw.us

**Eva-Marie Mancuso, Esq.**
Hamel, Waxler, Allen & Collins
387 Atwells Ave
Providence, RI 02909
(401) 455-3800
(401) 455-3806 fax
emancuso@hwac.com

**Michael A. St. Pierre, Esq.**
Revens Revens & St. Pierre, PC
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3245 fax
mikesp@rrsplaw.com

**Steven A. Minicucci, Esq.**
373 Elmwood Ave
Providence, RI 02907
(401) 785-9400
(401) 941-1550 fax
sminicucci@calvinolaw.com

_/s/_

16