UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**FILED**
**SEP 17 2004**
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT GRAY, et al. | : |
| vs. | :    C.A. No. 04-312 L |
| JEFFREY DERDERIAN, et al. | : |

STATE OF RHODE ISLAND
AND IRVING J. OWENS' MOTION TO CONSOLIDATE
~~AND FOR PROTECTIVE ORDER~~

Defendants State of Rhode Island and Irving J. Owens hereby move to consolidate, for discovery purposes only, the following cases:

1. <u>Passa, et a. v. Jeffrey Derderian, et al</u>, C.A. No. 03-148L

2. <u>Kingsley et al. v. Anheuser-Busch, et al</u>, C.A. No. 03-208L

3. <u>Guindon et al. v. Jeffrey Derderian, et al</u>, C.A. No. 03-335L

4. <u>Estate of Jude B. Henault, et al. v. American Foam Corp.</u>, C.A. No. 03-483L

5. <u>Roderiques, et al., v. American Foam Corporation, et al.</u>, C.A. No. 04-026L

6. <u>Sweet, et al. v. American Foam Corporation et al.</u>, C.A. No. 04-056L

7. <u>Gray, et al. v. Jeffrey Derderian, et al.</u>, C.A. No. 04-312L

In support thereof, defendants rely upon the Memorandum of Law, attached and incorporated herein.

*[Handwritten notation:]* Motion to Consolidate – granted, Order issued;

*[Signature]* Ronald R. Lagueux
Sr. USDJ  10/25/04

/177