UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT L. GRAY, ADMINISTRATOR, et al., Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, et al., Defendants, | C.A. No. 04-312-L |
| ESTATE OF JUDE B. HENAULT, et al. Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORPORATION, et al., Defendants | C.A. No. 03-483-L |

**FINAL JUDGMENT**
**(Fed. R. Civ. P. 54(b))**

**(Defendants Pregis Innovative Packaging, Inc., Pregis Corporation and Pactiv Corporation)**

In accordance with the Court's Order of this date directing the entry of final judgment pursuant to Fed. R. Civ. P. 54(b), Final Judgment is hereby entered dismissing all claims against defendants Pregis Innovative Packaging, Inc., Pregis Corporation and Pactiv Corporation, on the merits and with prejudice.

Dated at Providence, Rhode Island, this 19 day of April, 2007.

_____
Deputy Clerk

3