UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al., :
Plaintiffs, :
:
vs. : C.A. No. 04-312L
:
JEFFREY DERDERIAN, et al., :
Defendants. :

NOTICE OF SETTLEMENT
SEALED AIR CORPORATION
AND
SEALED AIR CORPORATION (US)

Counsel for the Gray Plaintiffs[1] and counsel for Defendants Sealed Air Corporation and Sealed Air Corporation (US) wish to advise the Court that a settlement in principle has been reached for consideration of 25 Million ($25,000,000.00) Dollars. Payment of this sum constitutes an agreement by all undersigned parties that all claims among or between them are resolved by this settlement.

Plaintiffs' counsel in all pending Station Fire Cases[2] have agreed to this settlement of claims against these Defendants, which settlement is expressly subject to: (1) approval of all Plaintiffs; (2) execution of mutually acceptable

[1] All Plaintiffs represented by counsel in Gray, et al. v. Derderian, et al., C.A. No. 04-312L and Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L as indicated by the signatures of counsel.

[2] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

release and indemnity agreements by all Plaintiffs, which shall include satisfactory release and indemnification language preserving plaintiffs' claims against, and protecting the settling defendants against cross claims from, the non-settling defendants; (3) approval of this settlement by the Court; (4) approval by this Court of the allocation plan being developed by the Special Master; (5) successful defense to any challenge to the constitutionality of the Rhode Island Uniform Contribution Among Joint Tortfeasors Act (R.I.G.L. § 10-6-2, et. seq.), as amended; and, (6) deposit of settlement funds into a qualified 468B settlement trust, which will be approved by the Court if necessary.

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorneys,

/s/ Max Wistow
/s/ John P. Barylick

Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com]

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell

Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msb.com]

Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through #248, inclusive,
By their Attorneys,

/s/ Patrick T. Jones
/s/ Peter J. Schneider
Patrick T. Jones, Esq. (#6636)
Peter J. Schneider, Esq. (#6834)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Tel.: 617-737-3100
Fax: 617-737-3113
[email: pjones@cmjlaw.com]
[email: pschneider@cmjlaw.com]

Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,
By their Attorney,

/s/ Michael A. St. Pierre
Michael A. St. Pierre, Esq. (#2553)
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
Tel.: 401-822-2900
Fax: 401-826-3245
[email: mikesp@rrsplaw.com]

Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and #241,
By their Attorney,

/s/ Stephen E. Breggia
Stephen E. Breggia, Esq. (#2865)
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908
Tel.: 401-831-1900
Fax: 401-831-0129
[email: sbreggia@bbglaw.us]

Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258, #259, #263, and #264,
By their Attorney,

/s/ Steven A. Minicucci
Steven A. Minicucci, Esq. (#4155)
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
Tel.: 401-785-9400
Fax: 401-941-1550
[email: sminicucci@calvinolaw.com]

Plaintiffs #69; #70; #196, #249, and #250,
By their Attorney,

/s/ Eva-Marie Mancuso
Eva-Marie Mancuso, Esq. (#3564)
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Tel.: 401-455-3800
Fax: 401-455-3806
[email: emancuso@hwac.com]

Plaintiffs #191 and #239,
By their Attorney,

/s/ Charles N. Redihan, Jr.
Charles N. Redihan, Jr., Esq. (#1810)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Tel.: 401-831-2900
Fax: 401-331-7123
[email: credihan@kprlaw.com]

Defendants Sealed Air Corporation and
Sealed Air Corporation (US)
By their Attorneys,

/s/ Scott M. Carroll
/s/ Nicholas B. Kosiavelon
/s/ Timothy R. Scannell
Scott M. Carroll, Esq. (#7624)
Nicholas B. Kosiavelon, Esq. (# )
Timothy R. Scannell, Esq. (#7623)
Boyle, Morrissey & Campo, LLP
695 Atlantic Avenue
Boston, MA 02111
Tel: 617-451-2000
[email: scarroll@BMSattorneys.com]
[email: nkosiavelon@BMSattorneys.com]
[email: tscannell@BMCattorneys.com]

Defendants Sealed Air Corporation and
Sealed Air Corporation (US)
By their Attorneys,

/s/ William P. Pistorius
/s/ Robert L. Reifenberg
William P. Pistorius, Esq.
Robert L. Reifenberg, Esq.
Clauson Miller, PC
10 LaSalle Street
Chicago, IL 60603
Tel: 312-855-1010
Fax: 312-606-7523
[email: wpistorius@clausen.com]
[email: rreifenberg@clausen.com]

Defendants Sealed Air Corporation and
Sealed Air Corporation (US)
By their Attorneys,

/s/ Tyler Jay Lory
Tyler Jay Lory, Esq.
Clausen Miller PC
1 Chase Manhattan Plaza, 39th Floor
New York, NY 10005
Tel: 212-805-3941
Fax: 212-805-3939
[email: tlory@clausen.com]

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 13th day of June, 2008.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |

| | |
|---|---|
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |

| | |
|---|---|
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael A. DeSisto, Esq. | michael@desistolaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Nicholas B. Kosiavelon, Esq. | nkosiavelon@BMCattorneys.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert L. Reifenberg, Esq. | rreifenberg@clausen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Carroll, Esq. | scarroll@BMCattorneys.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven J. DeLuca, Esq. | sdeluca@morrisonmahoney.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Stewart Grossman, Esq. | sgrossman@lgllp.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |

| | |
|---|---|
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas J. Cronin, Esq. | tcronin@gunninglafazia.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

/s/ Max Wistow__________________
/s/ John P. Barylick

Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)
Email: mw@wistbar.com
Email: jpb@wistbar.com