UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,  :
              Plaintiffs,       :
                             :
         vs.                  :  C.A. No. 04-312L
                             :
JEFFREY DERDERIAN, et al.,        :
              Defendants.   :

NOTICE OF SETTLEMENT
AMERICAN FOAM CORPORATION, BARRY WARNER, JO-ANN DERMANEOULIAN,
EVERETT MARABIAN AND PAUL PLOURDE

Counsel for the Gray Plaintiffs[1] and counsel for Defendants American Foam Corporation, Barry Warner, Co-Executrix Jo-Ann DerManouelian, Co-Executrix Everett Marabian and Co-Executor Paul Plourde on behalf of the Estate of Aram DerManouelian wish to advise the Court that a settlement in principle has been reached for consideration of 6.3 Million ($6,300,000.00) Dollars. Payment of this sum constitutes an agreement by all undersigned parties that all claims among or between them are resolved by this settlement.

Plaintiffs' counsel in all pending Station Fire Cases[2] have agreed to this settlement of claims against these defendants, which settlement is expressly subject to: (1) approval of all Plaintiffs; (2) execution of mutually acceptable release and indemnity agreements by all Plaintiffs which shall include

---

[1] All Plaintiffs represented by counsel in Gray, et al. v. Derderian, et al., C.A. No. 04-312L and Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L as indicated by the signatures of counsel.

[2] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

satisfactory release and indemnification language preserving Plaintiffs' claims

against, and protecting the settling defendants against cross claims from, the

non-settling defendants; (3) approval of this settlement by the Court; (4)

approval by this Court of the allocation plan being developed by the Special

Master; and (5) successful defense to any challenge to the constitutionality of

the Rhode Island Contribution Among Joint Tortfeasors Act (R.I.G.L. § 10-6-2, et

seq.), as amended.

| | |
|---|---|
| Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorneys, | Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorney, |
| /s/ Max Wistow_____<br>/s/ John P. Barylick_____<br>Max Wistow, Esq. (#0330)<br>John P. Barylick, Esq. (#1907)<br>Wistow & Barylick Incorporated<br>61 Weybosset Street<br>Providence, RI 02903<br>Tel.: 401-831-2700<br>Fax: 401-272-9752<br>[email: mw@wistbar.com]<br>[email: jpb@wistbar.com] | /s/ Mark S. Mandell_____<br>Mark S. Mandell, Esq. (#0502)<br>Mandell, Schwartz & Boisclair, Ltd.<br>One Park Row<br>Providence, RI 02903<br>Tel.: 401-273-8330<br>Fax: 401-751-7830<br>[email: msmandell@msb.com] |
| Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through  #248, inclusive,<br>By their Attorneys, | Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,<br>By their Attorney, |
| /s/ Patrick T. Jones_____<br>/s/ Peter J.Schneider_____<br>Patrick T. Jones, Esq. (#6636)<br>Peter J. Schneider, Esq. (#6834)<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110<br>Tel.: 617-737-3100 | /s/ Michael A. St. Pierre_____<br>Michael A. St. Pierre, Esq. (#2553)<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886<br>Tel.: 401-822-2900<br>Fax: 401-826-3245<br>[email: mikesp@rrsplaw.com] |

Fax: 617-737-3113
[email: pjones@cmjlaw.com]
[email: pschneider@cmjlaw.com]

Plaintiffs #64, #65a, #66 through #68,
inclusive, #192 through #195 inclusive, and
#241,
By their Attorney,

/s/ Stephen E. Breggia
Stephen E. Breggia, Esq. (#2865)
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908
Tel.: 401-831-1900
Fax: 401-831-0129
[email: sbreggia@bbglaw.us]

Plaintiffs #69; #70; #196, #249, and #250,
By their Attorney,

/s/ Eva-Marie Mancuso
Eva-Marie Mancuso, Esq. (#3564)
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Tel.: 401-455-3800
Fax: 401-455-3806
[email: emancuso@hwac.com]

Defendants American Foam Corporation,
Barry Warner,
Co-Executrix Jo-Ann DerManouelian,
Co-Executrix Everett Marabian and
Co-Executrix Paul Plourde on behalf of
The Estate of Aram DerManouelian,
By their Attorney,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. (#1373)
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI  02903
Tel: 401-274-0200
Fax: 401-274-7538
[email: angelonelaw@aol.com]

Plaintiffs #12a, #76 through #79, inclusive,
#215 through #221, inclusive, #238, #258,
#259, #263, and #264,
By their Attorney,

/s/ Steven A. Minicucci
Steven A. Minicucci, Esq. (#4155)
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
Tel.: 401-785-9400
Fax: 401-941-1550
[email: sminicucci@calvinolaw.com]

Plaintiffs #191 and #239,
By their Attorney,

/s/ Charles N. Redihan, Jr.
Charles N. Redihan, Jr., Esq. (#1810)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Tel.: 401-831-2900
Fax: 401-331-7123
[email: credihan@kprlaw.com]

3

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 26th day of June, 2008.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |

| | |
|---|---|
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |

Mark T. Reynolds, Esq                  mtreynolds@conversent.net
Mark R. Ter Molen, Esq.                mtermolen@mayerbrownrowe.com
Mark D. Tourgee, Esq.                  aminchillo@itwlaw.com
Matthew F. Medeiros, Esq.             mfm@lmkbw.com
Meghan H. Sullivan, Esq.              meghan.sullivan@lw.com
Michael A. DeSisto, Esq.             michael@desistolaw.com
Michael R. DeLuca, Esq.              mrd@gsm-law.com
Michael J. Mazurczak, Esq.           stationlitigation@melicklaw.com
Michael J. McCormack, Esq.           mmccormack@mccormackfirm.com
Michael Potenza, Esq.                mpotenza@debevoise.com
Michael A. St. Pierre, Esq.          mikesp@rrsplaw.com
Michael G. Sarli, Esq.               mgs@gsm-law.com
Nancy W. Hamilton, Esq.              nhamilton@jw.com
Nicholas B. Kosiavelon, Esq.         nkosiavelon@BMCattorneys.com
Patrick T. Jones, Esq.               pjones@cmjlaw.com
Paul Sullivan, Esq.                  pvsullivan@morrisonmahoney.com
Peter Resnik, Esq.                   presnik@mwe.com
Peter Schneider, Esq.                pschneider@cmjlaw.com
Rajaram Suryanarayan, Esq.           rsury@gunninglafazia.com
Ralph J. Monaco, Esq.                rmonaco.c-I@snet.net
Randall L. Souza, Esq.               stationfirelitigation@nixonpeabody.com
Richard W. MacAdams, Esq.            rmacadams@mandwlaw.com
Robert P. Corrigan, Esq.             rpcorrigan@conversent.net
Robert T. Norton, Esq.               rnorton@sloanewalsh.com
Robert I. Reardon, Esq.              reardonlaw@aol.com
Robert L. Reifenberg, Esq.           rreifenberg@clausen.com
Robert K. Taylor, Esq.               rkt@psh.com
Ronald J. Creamer, Esq.              resminilaw@yahoo.com
Ronald Langlois, Esq.                rlanglois@smithbrink.com
Ronald J. Resmini, Esq.              resminilaw@yahoo.com
Russell Bramley, Esq.                bramley@hbhlaw.net
S. Michael Levin, Esq.               mlevin@wszlaw.com
Scott Carroll, Esq.                  scarroll@BMCattorneys.com
Scott J. Tucker, Esq.                stucker@ths-law.com
Stefanie DiMaio-Larivee, Esq.        fonia@msn.com
Stephen T. Armato, Esq.              stationlitigation@cetcap.com
Stephen E. Breggia, Esq.             sbreggia@bbglaw.us
Stephen P. Fogerty, Esq.             fogerty@halloran-sage.com
Stephen J. MacGillivray, Esq.        smacgillivray@eapdlaw.com
Stephen M. Prignano, Esq.            sprignano@eapdlaw.com
Steven J. DeLuca, Esq.               sdeluca@morrisonmahoney.com
Steven W. Kasten, Esq.               skasten@mwe.com
Steven A. Minicucci, Esq.            sminicucci@calvinolaw.com
Steven M. Richard, Esq.              stationfirelitigation@nixonpeabody.com
Stewart Grossman, Esq.               sgrossman@lgllp.com
Susan S. Wettle, Esq.                swettle@fbtlaw.com
Suzanne O'Donoghue, Esq.             sodonoghue@hcc-law.com
T. Dos Urbanski, Esq.                stationlitigation@melicklaw.com
Thomas C. Angelone, Esq.             angelonelaw@aol.com

| | |
|---|---|
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas J. Cronin, Esq. | tcronin@gunninglafazia.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

/s/ Max Wistow_____
/s/ John P. Barylick
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI   02903
(401) 831-2700
(401) 272-9752 (fax)
Email:   mw@wistbar.com
Email:   jpb@wistbar.com