## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | C.A. No. 04-312L |
| | : | |
| JEFFREY DERDERIAN, et al., | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT – STATE OF RHODE ISLAND

Counsel for the *Gray* Plaintiffs[1] and counsel for Defendant State of Rhode Island wish to advise the Court that a settlement in principle has been reached for consideration of 10 Million ($10,000,000.00) Dollars. Payment of this sum constitutes an agreement by all undersigned parties that all claims among or between them are resolved by this settlement.

Plaintiffs counsel in all pending Station Fire Cases[2] have agreed to this settlement of claims against this defendant, which settlement is expressly subject to:

(1) Court approval of this settlement; (2) Court approval of the Special Master's Plan; (3) approval by all plaintiffs; (4) successful defense of any challenge to the constitutionality of the Rhode Island Uniform Contribution Among Tortfeasors Act (R.I.G.L. § 10-6-1, *et. seq*.), as amended; (5) execution of mutually acceptable release and indemnity agreements by all

---

[1] All *Gray* and *Napolitano* Plaintiffs are represented by the undersigned counsel of record.

[2] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

Plaintiffs, which shall include mutually satisfactory release and indemnification provisions; and

(6) funding of this settlement by the Rhode Island legislature.

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell_____
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msb.com]

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorneys,

/s/ Max Wistow_____
/s/ John P. Barylick_____
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com]

Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through #248, inclusive,
By their Attorneys,

/s/ Patrick T. Jones_____
/s/ Peter J.Schneider_____
Patrick T. Jones, Esq. (#6636)
Peter J. Schneider, Esq. (#6834)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Tel.: 617-737-3100
Fax: 617-737-3113
[email: pjones@cmjlaw.com]
[email: pschneider@cmjlaw.com]

Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,
By their Attorney,

/s/ Michael A. St. Pierre_____
Michael A. St. Pierre, Esq. (#2553)
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
Tel.: 401-822-2900
Fax: 401-826-3245
[email: mikesp@rrsplaw.com]

Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and

Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258,

| | |
|---|---|
| #241,<br>By their Attorney, | #259, #263, and #264,<br>By their Attorney, |
| /s/ Stephen E. Breggia<br>Stephen E. Breggia, Esq. (#2865)<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908<br>Tel.: 401-831-1900<br>Fax: 401-831-0129<br>[email: sbreggia@bbglaw.us] | /s/ Steven A. Minicucci<br>Steven A. Minicucci, Esq. (#4155)<br>Calvino Law Associates<br>373 Elmwood Avenue<br>Providence, RI 02907<br>Tel.: 401-785-9400<br>Fax: 401-941-1550<br>[email: sminicucci@calvinolaw.com] |
| Plaintiffs #69; #70; #196, #249, and #250,<br>By their Attorney, | Plaintiffs #191 and #239,<br>By their Attorney, |
| /s/ Eva-Marie Mancuso<br>Eva-Marie Mancuso, Esq. (#3564)<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909<br>Tel.: 401-455-3800<br>Fax: 401-455-3806<br>[email: emancuso@hwac.com] | /s/ Charles N. Redihan, Jr.<br>Charles N. Redihan, Jr., Esq. (#1810)<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903<br>Tel.: 401-831-2900<br>Fax: 401-331-7123<br>[email: credihan@kprlaw.com] |

Defendant State of Rhode Island,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ James R. Lee
James R. Lee. (#4305)
Assistant Attorney General
150 South Main St.
Providence, RI  02903
Tel:  401-274-4400, Ext.2314
Fax:  401-222-2995
[email:  jlee@riag.ri.gov]

## **CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 18th day of August , 2008.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Denean M. Russo, Esq. | drusso@mwdglaw.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |

| | |
|---|---|
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |

| | |
|---|---|
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael A. DeSisto, Esq. | michael@desistolaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Nicholas B. Kosiavelon, Esq. | nkosiavelon@BMCattorneys.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert L. Reifenberg, Esq. | rreifenberg@clausen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Carroll, Esq. | scarroll@BMCattorneys.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven J. DeLuca, Esq. | sdeluca@morrisonmahoney.com |

| | |
|---|---|
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Stewart Grossman, Esq. | sgrossman@lgllp.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell_____
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msb.com]