UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,   :
                Plaintiffs,   :
                              :
         vs.   :   C.A. No. 04-312L
                              :
JEFFREY DERDERIAN, et al.,   :
               Defendants.   :

## NOTICE OF SETTLEMENT
## JACK RUSSELL, JACK RUSSELL TOURING, INC., PAUL WOOLNOUGH, MANIC MUSIC MANAGEMENT, INC., KNIGHT RECORDS, INC., DANIEL BIECHELE, MARK KENDALL, DAVID FILICE AND ERIC POWERS

Counsel for the Gray Plaintiffs[1] and counsel for Defendants Jack Russell,

Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc.,

Knight Records, Inc., Daniel Biechele, Mark Kendall, David Filice and Eric

Powers wish to advise the Court that a settlement in principle has been

reached for consideration of One Million ($1,000,000.00) Dollars.  Payment of

this sum constitutes an agreement by all undersigned parties that all claims

among or between them are resolved by this settlement.

Plaintiffs' counsel in all pending Station Fire Cases[2] have agreed to this

settlement of claims against these Defendants, which settlement is expressly

subject to:  (1) approval of all Plaintiffs;  (2) execution of mutually acceptable

release and indemnity agreements by all Plaintiffs;  (3) approval of this

---

[1] All Plaintiffs represented by counsel in Gray, et al. v. Derderian, et al., C.A. No. 04-312L and Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L as indicated by the signatures of counsel.

[2] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

settlement by the Court; (4) approval by this Court of the allocation plan being

developed by the Special Master, and (5) successful defense to any challenge

to the constitutionality of the Rhode Island Uniform Contribution Among Joint

Tortfeasors Act (R.I.G.L. sec. 10-6-2, et. seq.), as amended.

| | |
|---|---|
| Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorneys, | Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorney, |
| /s/ Max Wistow_____<br>/s/ John P. Barylick_____<br>Max Wistow, Esq. (#0330)<br>John P. Barylick, Esq. (#1907)<br>Wistow & Barylick Incorporated<br>61 Weybosset Street<br>Providence, RI 02903<br>Tel.: 401-831-2700<br>Fax: 401-272-9752<br>[email: mw@wistbar.com]<br>[email: jpb@wistbar.com] | /s/ Mark S. Mandell_____<br>Mark S. Mandell, Esq. (#0502)<br>Mandell, Schwartz & Boisclair, Ltd.<br>One Park Row<br>Providence, RI 02903<br>Tel.: 401-273-8330<br>Fax: 401-751-7830<br>[email: msmandell@msb.com] |
| | Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,<br>By their Attorney, |
| Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through #248, inclusive,<br>By their Attorneys, | /s/ Michael A. St. Pierre_____<br>Michael A. St. Pierre, Esq. (#2553)<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886<br>Tel.: 401-822-2900<br>Fax: 401-826-3245<br>[email: mikesp@rrsplaw.com] |
| /s/ Patrick T. Jones_____<br>/s/ Peter J.Schneider_____<br>Patrick T. Jones, Esq. (#6636)<br>Peter J. Schneider, Esq. (#6834)<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110<br>Tel.: 617-737-3100<br>Fax: 617-737-3113<br>[email: pjones@cmjlaw.com]<br>[email: pschneider@cmjlaw.com] | |
| Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and #241,<br>By their Attorney, | Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258, #259, #263, and #264,<br>By their Attorney, |

/s/ Stephen E. Breggia
Stephen E. Breggia, Esq. (#2865)
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908
Tel.: 401-831-1900
Fax: 401-831-0129
[email: sbreggia@bbglaw.us]


Plaintiffs #69; #70; #196, #249, and #250,
By their Attorney,

/s/ Eva-Marie Mancuso
Eva-Marie Mancuso, Esq. (#3564)
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Tel.: 401-455-3800
Fax: 401-455-3806
[email: emancuso@hwac.com]


/s/ Steven A. Minicucci
Steven A. Minicucci, Esq. (#4155)
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
Tel.: 401-785-9400
Fax: 401-941-1550
[email: sminicucci@calvinolaw.com]


Plaintiffs #191 and #239,
By their Attorney,

/s/ Charles N. Redihan, Jr.
Charles N. Redihan, Jr., Esq. (#1810)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Tel.: 401-831-2900
Fax: 401-331-7123
[email: credihan@kprlaw.com]


Defendants Jack Russell,
Jack Russell Touring, Inc.,
Paul Woolnough,
Manic Music Management, Inc.,
Knight Records, Inc.,
Mark Kendall,
David Filice and
Eric Powers,
By their Attorneys,

/s/ Fred A. Kelly
/s/ Steven M. Richard
Fred A. Kelly (#4553)
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel.: 401-454-1000
Fax: 401-454-1030
fkelly@nixonpeabody.com
srichard@nixonpeabody.com

/s/ Edwin F. McPherson
Edwin F. McPherson, Esq. (admitted *pro hac vice*)
McPherson & Associates
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel.: 310-553-8833
Fax: 310-553-9233
emcpherson@m-klaw.com

Defendant Daniel Biechele,
By his Attorney,

/s/ Donald J. Maroney
Donald J. Maroney, Esq. (#3737)
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
Tel.: 401-272-1312
Fax: 401-331-9397
dmaroney@kkrs.com

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 2nd of September, 2008.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Denean M. Russo, Esq. | drusso@mwdglaw.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |

| | |
|---|---|
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |

| | |
|---|---|
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael A. DeSisto, Esq. | michael@desistolaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Nicholas B. Kosiavelon, Esq. | nkosiavelon@BMCattorneys.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert L. Reifenberg, Esq. | rreifenberg@clausen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Carroll, Esq. | scarroll@BMCattorneys.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven J. DeLuca, Esq. | sdeluca@morrisonmahoney.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |

| | |
|---|---|
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Stewart Grossman, Esq. | sgrossman@lgllp.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

/s/ Max Wistow_____
/s/ John P. Barylick_____
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI   02903
(401) 831-2700
(401) 272-9752 (fax)
Email:  mw@wistbar.com
Email:  jpb@wistbar.com