# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, *et al.*, | ) | C.A. No. 04-312L |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FOAM CORPORATION, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |
| ESTATE OF JUDE B. HENAULT, *et al.*, | ) | C.A. No. 03-483L |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FOAM CORPORATION, *et al.*, | ) | |
|     Defendants. | ) | |

## THE CLEAR CHANNEL DEFENDANTS'[1] MOTION TO APPROVE "GOOD FAITH" SETTLEMENT IN ACCORDANCE WITH RHODE ISLAND GENERAL LAWS §§ 10-6-7 AND 10-6-8

The Clear Channel Defendants hereby move this Court for an order approving their gross settlement with all plaintiffs in the above-captioned cases, in the amount of $22,000,000, as a "good faith" settlement in accordance with sections 10-6-7 and 10-6-8 of the Rhode Island General Laws, so as to extinguish all potential contribution claims by joint tortfeasors. In support of this Motion, the Clear Channel Defendants submit the accompanying Memorandum

---

[1] For the purposes of this Motion and the accompanying Memorandum of Law and Affidavit, the "Clear Channel Defendants" include Capstar Radio Operating Company, as successor-in-interest to WHJY, Inc., formerly a Rhode Island corporation that operated WHJY-FM (collectively "WHJY"), and Clear Channel Broadcasting, Inc. ("CCB").

- 2 -

of Law and the Affidavit of James J. Restivo, Jr., the contents of which are incorporated by reference in this Motion.

Dated:  March 3, 2009

Respectfully submitted,

Stephen M. Prignano (# 3649)
Stephen J. MacGillivray (# 5416)

EDWARDS ANGELL PALMER &
  DODGE LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(Fax) (401) 276-6611

and

James J. Restivo, Jr., Esq. *(pro hac vice)*
James C. Martin, Esq. *(pro hac vice)*

REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131
(Fax) (412) 288-3063

By: /s/ Stephen M. Prignano
    Counsel for the Defendants
    Capstar Radio Operating Company and
    Clear Channel Broadcasting, Inc.