UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

    vs.                C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

    vs.                C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.


## PLAINTIFFS'[1] MOTION TO APPROVE "GOOD FAITH" SETTLEMENT WITH WEST WARWICK DEFENDANTS IN ACCORDANCE WITH R.I.G.L. §§ 10-6-7 AND 10-6-8

All Plaintiffs in the pending Station nightclub cases move this Court for an Order approving their gross settlement with Defendants Denis P. Larocque, Anthony Bettencourt, Stephen D. Murray and Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick (the "West Warwick Defendants") in the amount of $10,000,000, as a "good faith" settlement in accordance with

---

[1] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

§§ 10-6-7 and 10-6-8 of the Rhode Island General Laws, so as to extinguish all potential contribution claims by joint tortfeasors against them. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and Affidavit of John P. Barylick, the contents of which are incorporated by reference in this Motion.

Respectfully submitted,

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorneys,

/s/ Max Wistow_____
/s/ John P. Barylick_____
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com]

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell_____
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msn.com]

Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through  #248, inclusive,
By their Attorneys,

/s/ Patrick T. Jones_____
/s/ Peter J.Schneider_____
Patrick T. Jones, Esq. (#6636)
Peter J. Schneider, Esq. (#6834)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,
By their Attorney,

/s/ Michael A. St. Pierre_____
Michael A. St. Pierre, Esq. (#2553)
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
Tel.: 401-822-2900
Fax: 401-826-3245

Tel.: 617-737-3100                                [email: mikesp@rrsplaw.com]
Fax: 617-737-3113
[email: pjones@cmjlaw.com]
[email: pschneider@cmjlaw.com]

Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and #241,
By their Attorney,

/s/ Stephen E. Breggia_____
Stephen E. Breggia, Esq. (#2865)
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908
Tel.: 401-831-1900
Fax: 401-831-0129
[email: sbreggia@bbglaw.us]

Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258, #259, #263, and #264,
By their Attorney,

/s/ Steven A. Minicucci_____
Steven A. Minicucci, Esq. (#4155)
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
Tel.: 401-785-9400
Fax: 401-941-1550
[email: sminicucci@calvinolaw.com]

Plaintiffs #69; #70; #196, #249, and #250,
By their Attorney,

/s/ Eva-Marie Mancuso_____
Eva-Marie Mancuso, Esq. (#3564)
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Tel.: 401-455-3800
Fax: 401-455-3806
[email: emancuso@hwac.com]

Plaintiffs #191 and #239,
By their Attorney,

/s/ Charles N. Redihan, Jr._____
Charles N. Redihan, Jr., Esq. (#1810)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Tel.: 401-831-2900
Fax: 401-331-7123
[email: credihan@kprlaw.com]

Plaintiffs Tammy Passa, et al.,
Ronald Kingsley, et al.,
Andrew Paskowski, et al.,
Estate of Jude B. Henault, et al., and
Katrina Kolasa, et al.,
By their Attorney,

/s/ Ronald J. Resmini_____
Ronald J. Resmini, Esq. (#0848)
Resmini Law Office, Ltd.
155 South Main Street, Suite 400
Providence, RI  02903
Tel.: 401-751-8855

Fax: 401-737-6464
[email: resminilaw@yahoo.com]


Plaintiffs Estate of Jude B. Henault, et al.,
Estate of Melvin Gerfin, et al.,
Estate of Samuel A. Miceli, et al.,
William Long, et al.,
David Malagrino, et al., and
Nancy Noyes, et al.,
By their Attorney,

/s/ Robert I. Reardon
Robert I. Reardon, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320
Tel.: 860-442-0444
Fax: 860-444-6445
[email: reardonlaw@aol.com]


Plaintiffs Estate of Jude B. Henault, et al.
and Katrina Kolasa, et al.,
By their Attorney,

/s/ Ralph J. Monaco
Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Tel.: 860-447-3171
[email: rmonaco.c-l@snet.net]


Plaintiffs George Guindon, et al.,
Linda Roderiques, et al. and
Charles and Carol Sweet, et al.,
By their Attorney,

/s/ Brian R. Cunha
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Tel.: 508-675-9500
Fax: 508-679-6360
[email: brian@briancunha.com]


Plaintiffs Neil Gonsalves, et al.,
By their Attorney,

/s/ Russell Bramley
Russell Bramley, Esq. (#1781)
Haronian, Bramley & Harrington, LLP
Centerville Commons
875 Centerville Road
Warwick, RI  02886
Tel.: 401-615-2886
[email: rbramley@hbhlaw.net]




### **CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 30th day of March, 2009.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |

| | |
|---|---|
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Denean M. Russo, Esq. | drusso@mwdglaw.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |

Case 1:04-cv-00312-L-DLM   Document 1970   Filed 03/30/09   Page 7 of 9 PageID #: 26470

| | |
|---|---|
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael A. DeSisto, Esq. | michael@desistolaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Nicholas B. Kosiavelon, Esq. | nkosiavelon@BMCattorneys.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert L. Reifenberg, Esq. | rreifenberg@clausen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |

7

| | |
|---|---|
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Carroll, Esq. | scarroll@BMCattorneys.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | singinglawyer@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven J. DeLuca, Esq. | sdeluca@morrisonmahoney.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Stewart Grossman, Esq. | sgrossman@lgllp.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

/s/ Max Wistow_____
/s/ John P. Barylick
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI   02903
(401) 831-2700
(401) 272-9752 (fax)

8

      Email:   [mw@wistbar.com](mailto:mw@wistbar.com)
      Email:   [jpb@wistbar.com](mailto:jpb@wistbar.com)