UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Albert L. Gray, Administrator, et al, <br>           Plaintiffs <br><br>        vs. <br><br> Jeffrey Derderian, et al., <br>           Defendants <br><br> Estate of Jude B. Henault, et al, <br>           Plaintiffs, <br><br>        vs. <br> American Foam Corporation, et al, <br>           Defendants. | C.A. No. 04-3l2-L <br><br><br><br><br><br><br><br> C.A. No. 03-483-L |

### POLYURETHANE FOAM DEFENDANTS' MOTION TO APPROVE SETTLEMENT PURSUANT TO R.I. GEN. LAW §§10-6-7, 10-6-8

COME NOW the Polyurethane Foam Defendants[1] and move this Court for an order approving the Polyurethane Foam Defendants' gross settlement with Plaintiffs in the amount of $30,000,000 (thirty-million dollars) as a "good-faith settlement" in accordance with R.LG.L. §§ l0-6-7, 10-6-8, so as to extinguish all potential contribution claims by joint tortfeasors.

The Polyurethane Foam Defendants further request that the order approving the gross settlement be without prejudice to their ability to address the Court's review of the individual settlements allotted to the minor plaintiffs under Special Master McGovern's Plan of Distribution and/or appointments of guardians ad litem and/or a special master in connection therewith.

In support of their Motion, the Polyurethane Foam Defendants submit the accompanying memorandum of law and affidavit of George E. Wolf.

---

[1] For purposes of this Motion and accompanying Memorandum of Law, the phrase "Polyurethane Foam Defendants" refers to Leggett & Platt, Incorporated; L&P Financial Services Co.; General Foam Corporation; GFC Foam, LLC; Foamex LP; Foamex International Inc.; FMXI, Inc.; PMC, Inc.; PMC Global, Inc.; Wm. T. Burnett & Co., Incorporated; Wm. T. Burnett Management Inc.; Wm. T. Burnett & Co.; Wm. T. Burnett Operating, LLP; FFNC, Inc.; and their respective insurers, collectively.

1

        DEFENDANTS
LEGGETT & PLATT, INCORPORATED
And L&P FINANCIAL SERVICES CO.
By their attorneys,

 /s/ Thomas W. Lyons
Thomas W. Lyons, Esquire         #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

 /s/ George E. Wolf, III
George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel.: 816-474-6550


DEFENDANTS
GENERAL FOAM CORPORATION, GFC
FOAM, LLC, PMC, INC., PMC GLOBAL, INC.,
FOAMEX, L.P., FOAMEX INTERNATIONAL,
INC., AND FMXI, INC.
By their attorneys,

 /s/ James A. Ruggieri
Gerald C. DeMaria (#0637)
James A. Ruggieri (#2828)
Higgins, Cavanagh & Cooney, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Tel.: 401-272-3500

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Tel.: 816-474-6550

2

3304373v1

                                                                   DEFENDANTS
                                                                   WM. T. BURNETT & CO., INCORPORATED,
                                                                   WM. T. BURNETT MANAGEMENT INC.,
                                                                   WM. T. BURNETT & CO., WM. T. BURNETT
                                                                   OPERATING, LLP
                                                                   By their attorneys,

                                                                   */s/ Rajaram Suryanarayan*
                                                                   Rajaram Suryanarayan (#4451)
                                                                   Gunning & Lafazia, Inc.
                                                                   56 Pine Street – 7th Floor
                                                                   Providence, RI 02903
                                                                   Tel.: 401-521-6900

Of Counsel:

John Doody, Esq.
Lewis, Brisbois, Bisgaard & Smith
199 Water Street
New York, NY 10038


                                                                  DEFENDANT FFNC, INC.
                                                                   By its attorneys,

                                                                  */s/ Michael R. De Luca*
                                                                   Michael R. De Luca (#3663)
                                                                   Gidley, Sarli & Marusak, LLP
                                                                   One Turks Head Place, Suite 900
                                                                   Providence, RI 02903
                                                                   Tel.: 401-274-6644

Of Counsel:

Frederick Tedford, Esq.
Tedford & Henry, LLP
750 Main Street, Suite 1600
Hartford, CT 06103

3304373v1

## CERTIFICATION

I certify that on the 30th day of March, 2009, I caused a copy of the foregoing pleading to be served on counsel of record as follows:

Via Electronic Mail through Electronic Case Filing to the following:

| | |
|---|---|
| 1. Allen J McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr.,Esq. | cfallon@cozen.com |
| 18. Christopher AD. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 35. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 36. George Sullivan | georgia.sullivan@thehartford.com |
| 37. Henry M. Swan, Esq. | hms@dksblaw.com |
| 38. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 39. Howard Julian | sohohomes@yahoo.com |

3304373v1

| | |
|---|---|
| 40. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 41. J. Renn Olefin, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 42. James A. Bigos, Esq. | jim@b-plaw.com |
| 43. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 44. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 45. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 46. James R. Lee, Esq. | jlee@riag.ri.gov |
| 47. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 48. Jessica Deanseris, Esq. | jad@wistbar.com |
| 49. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 50. John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 51. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 52. John J. Flanagan, Esq. | jflanagan@torti.com |
| 53. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 54. John P. Barylick, Esq. | jpb@wistbar.com |
| 55. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 56. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 57. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 58. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 59. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 60. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 61. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 62. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 63. Kate Harden, Esq. for Renn Olenn | khb@olenn-penza.com |
| 64. Kathleen C. Henry, Esq. | khenry@choate.com |
| 65. Kelly N. Michels, Esq. | stationfire@hansoncurren.com |
| 66. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 67. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 68. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 69. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 70. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 71. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 72. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 73. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 74. Mark D. Cahill, Esq. | mcahill@choate.com |
| 75. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 76. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 77. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 78. Mark S. Mandell, Esq. | msb@msb-atty.com |
| 79. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 80. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 81. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 82. Mark Ter Molen, Esq. | khenry@choate.com |
| 83. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 84. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 85. Max Wistow, Esq. | mw@wistbar.com |

3304373v1

| | |
|---|---|
| 86. Michael A. St Pierre, Esq. | mikesp@rrsplaw.com |
| 87. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 88. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 89. Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| 90. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 91. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 92. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 93. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 94. Peter L. Resnik, Esq. | presnick@mwe.com |
| 95. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 96. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 97. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 98. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 99. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 100. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 101. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 102. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 103. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 104. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 105. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 106. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 107. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 108. Stephan E. Breggia, Esq. | sbreggia@bbglaw.us |
| 109. Stephen Izzi, Esq. | sizzi@mosesafonso.com |
| 110. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 111. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 112. Stephen P. Fogerty, Esq. | fogarty@halloran-sage.com |
| 113. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 114. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 115. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 116. Steven W. Kasten, Esq. | skasten@mwe.com |
| 117. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 118. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 119. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 120. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 121. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 122. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 123. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 124. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 125. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 126. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 127. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 128. William E. O'Gara, Esq. | wogara@pld-law.com |
| 129. William F. Burke, Esq. | wburke@apslaw.com |
| 130. George Wolf, Esq. | stationfire@shb.com |
| 131. Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |

3304373v1

132. William M. Heffernan, Esq.      heffernanlaw@aol.com
133. John J. Flanagan, Esq.         jflanagan@torti.com
134. Ted Tedford, Esq.               ftedford@tedfordhenry.com

*/s/ George E. Wolf*

3304373v1