UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT L. GRAY, Administrator, et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> JEFFREY DERDERIAN, et al., ) <br> ) <br> Defendants. ) | C.A. No. 04-312-L |
| ESTATE OF JUDE B. HENAULT, et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> AMERICAN FOAM CORPORATION, et al., ) <br> ) <br> Defendants. ) | C.A. No. 03-483-L |

## MOTION TO APPROVE SETTLEMENT PURSUANT TO R.I. GEN. LAWS §§ 10-6-7, 10-6-8 ON BEHALF OF SEALED AIR CORPORATION AND SEALED AIR CORPORATION (US)

SEALED AIR CORPORATION and SEALED AIR CORPORATION (US) (collectively "the Sealed Air Defendants"), hereby move this Court for an Order approving their settlement with plaintiffs in the amount of $25,000,000 (twenty-five million dollars) as a "good faith" settlement in accordance with R.I. Gen. Laws §§ 10-6-7, 10-6-8, in order to extinguish all potential contribution claims by joint tortfeasors.

The Sealed Air Defendants further request that the Order approving the settlement be without prejudice to their ability to address the Court's review of the individual settlements allotted to the minor plaintiffs under Special Master McGovern's Plan of Distribution and/or appointments of guardians ad litem and/or a special master in connection therewith. Court approval of this Motion is one of a number of conditions precedent that have to be satisfied before there is a final, binding settlement.

1238753.1

In support of their Motion, the Sealed Air Defendants submit the accompanying Memorandum of Law and Affidavit of William P. Pistorius, the contents of which are incorporated by reference in this Motion.

/s/ William P. Pistorius
William P. Pistorius
ARDC No. 6196117
Clausen Miller P.C.
10 South LaSalle Street
Chicago, Illinois 60603
Tel.# (312) 855-1010
Fax # (312) 606-7777
Email: wpistorius@clausen.com


/s/ Scott M. Carroll
Scott M. Carroll
R.I. Bar No. 7624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
Tel.# (617) 451-2000
Fax # (617 451-5775
Email: scarroll@bmcattorneys.com