# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-312-L |
| | : | |
| JEFFREY DERDERIAN, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 03-483-L |
| | : | |
| AMERICAN FOAM CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT CELOTEX CORPORATION'S MOTION TO APPROVE "GOOD FAITH" SETTLEMENT IN ACCORDANCE WITH RHODE ISLAND GENERAL LAWS §§ 10-6-7, 10-6-8

Pursuant to sections 10-6-7 and 10-6-8 of the Rhode Island General Laws, Defendant Celotex Corporation ("Celotex") hereby moves this Court for an Order approving Celotex' gross settlement with Plaintiffs in the amount of $1,500,000 as a "good faith" settlement, so as to extinguish all potential contribution claims by joint tortfeasors.  Court approval of this Motion is one of a number of conditions precedent that have to be satisfied before there is a final binding settlement.

In support of this Motion, Defendant Celotex submits the accompanying Memorandum of Law and Affidavit of Lawrence G. Cetrulo, Esq.

WHEREFORE, Celotex Corporation respectfully requests that the Court enter an Order approving Celotex' gross settlement with Plaintiffs in the amount of $1,500,000 as a "good faith" settlement, so as to extinguish with prejudice all potential contribution claims by joint tortfeasors.

Respectfully submitted,

CELOTEX CORPORATION

By its Attorneys,

/s/ Lawrence G. Cetrulo
Lawrence G. Cetrulo (# 6466)
Jennifer A. Creedon (# 6975)
Kevin R. Powers (*pro hac vice*)
Kyle E. Bjornlund (*pro hac vice*)
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI  02903
Telephone:  (410) 274-7850
Fax:  (401) 274-9670
stationlitigation@cetcap.com

And

/s/ David D. Langfitt
David D. Langfitt (*pro hac vice*)
Montgomery, McCracken,
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109, PA 66588
Telephone:  (215) 772-7411
Fax:  (215) 731-3850
dlangfitt@mmwr.com

Date: April 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2009, I caused to be served a copy of the attached Notice, unless otherwise indicated, to the list of counsel of record appended hereto.

/s/ Lawrence G. Cetrulo

## The Station Fire – Service List

**Members**:

| | | |
|---|---|---|
| 1. | Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| 2. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 3. | Benjamin V. White, Esq. | bwhite@vetterandwhite.com |
| 4. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 5. | Brian Cunha, Esq. and others | brian@briancunha.com |
| 6. | Bruce G. Tucker, Esq. | btucker@legahngt.com |
| 7. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 8. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 9. | Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 10. | Charles Babcock, Esq. | cbabcock@jw.com |
| 11. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 12. | Christopher C. Fallon, Esq. | cfallon@cozen.com |
| 13. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 14. | Daniel Horgan, Esq. | Horganlaw@snet.net |
| 15. | David T. Mitrou, Esq. | dmitrou@mccoTmackfirm.com |
| 16. | David A. Walling, Esq. | dwollin@apslaw.com |
| 17. | David E. Magli, Esq. | dmaglio@magliolaw.com |
| 18. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 19. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 20. | Earl H. Walker, Esq. | ewalker@jw.com |
| 21. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 22. | Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| 23. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 24. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 25. | Eric DiMario, Esq. | edimario@gunninglafazia.com |
| 26. | Esquire Deposition Services | stationfire@esquirecom.com |
| 27. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 28. | Fred A. Kelly, Jr., Esq. and others | stationfirelitigation@mxonpeabody.com |
| 29. | George Wolf, Esq., Anna Songer, Esq. | Stationfire@shb.com |
| 30. | Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |

| 31. | Henry M. Swan, Esq. | hms@dksblaw.com |
| --- | --- | --- |
| 32. | Howard Julian, Esq. | sohohomes@yahoo.com |
| 33. | Howard Merten, Esq. | Hmerten.station@psh.com |
| 34. | J. Renn Olin, Esq. | JCBH@01enn-Penza.com |
| 35. | James A. Bigos, Esq. | jim@b-plaw.com |
| 36. | James A. Ruggieri | jruggieri@hcc-law.com |
| 37. | James H. Reilly, Esq. | jreilly@kkrs.com |
| 38. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 39. | James R. Lee, Esq. | JLee@riag.state.ri.us |
| 40. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 41. | Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 42. | John J. Flanagan, Esq. | j flanagan@torti.com |
| 43. | John J. Nazzaro, Jr., Esq. | attynazzaro@aol.com |
| 44. | John P. Barylick, Esq. | jpb@wistbar.com |
| 45. | John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| 46. | John R. Mahone, Esq. | johnmahoney@amlawllp.com |
| 47. | Joseph B. Bums, Esq. | jbums@nns-law.com |
| 48. | Joseph H. Aronson, Esq. | jaronson@mccormackiinn.com |
| 49. | Joseph J. Bellew, Esq. | JBellew@cozen.com |
| 50. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 51. | Joseph V. Cavanagh, Jr., Esq. and others | stationfire@bUshcavlaw.com |
| 52. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 53. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 54. | Kim M. Clarke, Esq. | KClarke@nixonpeabody.com |
| 55. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 56. | Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 57. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 58. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 59. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 60. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 61. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 62. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 63. | Mark T. Nugent, Esq. | nmugent@morrisonmahoney.com |
| 64. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 65. | Mark Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| 66. | Marks S. Mandell, Esq. | msb@msb-atty.com |
| 67. | Matthew F. Medeiros, Esq. | mfin@lmlbw.com |
| 68. | Max Wistow, Esq. | mw@wistbar.com |
| 69. | Meghan H. Sullivan, Esq. | Meghan.Sullivan@lw.com |
| 70. | Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 71. | Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| 72. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 73. | Michael J. Mazurczak, Esq. and others | Stationlitigation@melicklaw.com |
| 74. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 75. | Michael R. De Luca, Esq. | Mrd@gsm-law.com |

| 76.  | Nancy W. Hamilton, Esq.          | nhamilton@jw.com                |
|------|----------------------------------|---------------------------------|
| 77.  | Patrick T. Jones, Esq.           | pjones@cmj-law.com              |
| 78.  | Paul Sullivan, Esq.              | pvsullivan@morrisonmahoney.com  |
| 79.  | Peter L. Resnik, Esq.            | presnik@mwe.com                 |
| 80.  | Rajaram Suryanarayan, Esq.       | Rsury@gunninglafazia.com        |
| 81.  | Ralph J. Monaco, Esq.            | nnonaco.c-l@snet.net            |
| 82.  | Richard W. McAdams, Esq.         | rmacadams@mandwlaw.com          |
| 83.  | Robert I. Reardon, Esq.          | reardonlaw@aol.com              |
| 84.  | Robert Norton, Esq.              | morton@SloaneWalsh.com          |
| 85.  | Ronald J. Creamer, Esq.          | resminilaw@yahoo.com            |
| 86.  | Ronald Langlois, Esq.            | rlanglois@smithbrink.com        |
| 87.  | Russell Bramley, Esq.            | Bramley@hbhlaw.com              |
| 88.  | S. Michael Levin, Esq.           | mlevin@wszlaw.coni              |
| 89.  | Scott T. Tucker, Esq.            | stucker@ths-law.com             |
| 90.  | Stefanie DiMaio-Larivee, Esq.    | fonia@msn.com                   |
| 91.  | Stephen Armato, Esq.             | sarmato@cetcap.com              |
| 92.  | Stephen E. Breggia, Esq.         | sbreggia@bbglaw.us              |
| 93.  | Stephen Izzi, Esq.               | Stephen.izzi@hklaw.com          |
| 94.  | Stephen J. MacGillivray, Esq.    | sprignano@eapdlaw. com          |
| 95.  | Stephen M. Prignano, Esq.        | sprignano@edwardsangell.com     |
| 96.  | Stephen MacGillivray, Esq.       | smacgillivray@eapdlaw.com       |
| 97.  | Stephen P. Fogerty, Esq.         | fogerty@halloran-sage.com       |
| 98.  | Steven A. Minicucci, Esq.        | sminicucci@calvinolaw.com       |
| 99.  | Steven W, Kasten, Esq.           | skasten@mwe.com                 |
| 100. | Susan S. Wettle, Esq.            | Swettle@fbtlaw.com              |
| 101. | Suzanne O'Donoghue, Esq.         | sodonoghue@hcc-law.com          |
| 102. | Thomas C. Angelone, Esq.         | Angelonelaw@aol.com             |
| 103. | Thomas R. Bender, Esq. and others| stationiire@hansoncurran.com    |
| 104. | Thomas W. Lyons, Esq.            | tlyons@straussfactor.com        |
| 105. | Timothy A. Williamson, Esq.      | aminchillo@itwlaw.com           |
| 106. | Timothy B. Hardwicke, Esq.       | Timothy.Hardwicke@lw.com        |
| 107. | W. Thomas McGough, Jr., Esq.     | tmcgough@reedsmith.com          |
| 108. | William A. Filippo, Esq.         | wfilippo@calvinolaw.com         |
| 109. | William E. O'Gara, Esq.          | wogara@pld-law.com              |
| 110. | William F. Burke, Esq.           | wburke@apslaw.com               |