# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT L. GRAY, ADMINISTRATOR, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY DERDERIAN, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 04-312-L |
| ESTATE OF JUDE B. HENAULT, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FOAM CORPORATION, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 03-483-L |

**POLAR INDUSTRIES, INC.'S AND HOME DEPOT U.S.A., INC.'S MOTION[1] TO APPROVE SETTLEMENT PURSUANT TO R.I. GEN. LAW §§ 10-6-7; 10-6-8**

Defendants, Polar Industries, Inc. (hereinafter "Polar") and Home Depot U.S.A., Inc. ("Home Depot"), move this Court for an Order approving Polar's and Home Depot's collective gross settlement with Plaintiffs in the amount of $5,000,000 (five million dollars) as a "good-faith settlement" in accordance with R.I. Gen. Law §§ 10-6-7; 10-6-8 so as to extinguish all potential

---

[1]This Motion is directed towards all plaintiffs and claimants in all cases arising out of the Station Night Club fire: *Gray, et al., v. Derderian*, et al., C.A. No. 04-312-L; *Henault, et al. v. American Foam Corp., et al.*, C.A. No. 03-483-L; *Passa, et al. v. Derderian, et al.*, C.A. No. 03-148-L; *Kingsley, et al. v. Derderian, et al.*, C.A. No. 03-208-L; *Guindon, et al. v. American Foam Corp., et al.*, CA No. 03-335-L; *Roderiques, et al. v. American Foam Corp., et al.*, C.A. No. 04-026-L; *Sweet; et al. v. American Foam Corp., et al.*, C.A. No. 04-056-L; *Paskowski, et ai. v. Derderian, et al.*, C.A. No. 05-002-L; *Kolasa v. American Foam Corp., et al.*, C.A. No. 05-070-L; *Malagrino v. American Foam Corp., et al.*, C.A. No. 06-002-L; *Long v. American Foam Corp., et al.*, C.A. No. 06-047-L; *Gonsalves v. Derderian, et al.*, C.A. No. 06-076-L; and *Napolitano, et al. v. Derderian, et al.*, C.A. No. 06-080-L.

contribution claims by joint tortfeasors.

Polar and Home Depot further request that the Order approving the gross settlement be without prejudice to their ability to address the Court's review of the individual settlements allotted to the minor plaintiff's under Special Master McGovern's Plan of Distribution and/or appointments of *guardians ad litem* and/or a special master in connection therewith.

Polar and Home Depot respectfully request the Court take notice that Court approval of this Motion is one of a number of conditions precedent which must be satisfied before there is a final binding settlement.

In support of their Motion, Polar and Home Depot submit the accompanying Memorandum of Law and Affidavit of Michael J. McCormack, in support.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| Defendant, Polar Industries, Inc.<br>By its attorney, | Defendant, Polar Industries, Inc.<br>By its attorneys, - PRO HAC VICE |
| /s/ John J. Flanagan | /s/ David T. Mitrou |
| John J. Flanagan, Esq.  #3099<br>Airport Professional Park<br>2348 Post Road,<br>Warwick RI 02886<br>(401) 732-4480<br>(508) 541-6050 (fax)<br>jflanagan@torti.com | Michael J. McCormack, MA BBO# 329680<br>David T. Mitrou, MA BBO #645775<br>The McCormack Firm, LLC<br>One International Place<br>Boston, MA 02110<br>(617) 951-2929<br>(617) 951-2672 (fax)<br>dmitrou@mccormackfirm.com |
| Defendant, Home Depot, USA, Inc.<br>By its attorney, | Defendant Home Depot, USA, Inc.<br>By its attorney, PRO HAC VICE |
| /s/ William E. O'Hara | /s/ Mark E. Parsky |
| William E. O'Hara<br>Pannone Lopes & Devereaux, LLC<br>1800 Financial Plaza<br>Providence, RI 02903<br>(401) 824-5100<br>(401) 824-5123 (fax)<br>wogara@pld-law.com | Mark E. Parsky<br>McVey & Parsky, LLC<br>30 N. LaSalle Street, Suite 2100<br>Chicago, IL 60602<br>(312) 551-2130<br>(312) 551-2131 (fax)<br>mep@mcveyparsky-law.com |

Dated: April 21, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on the _21st_ day of April, 2009, I caused to be filed and served electronically, and is available for viewing and downloading a copy of the attached pleading via the Court's ECF system to the following list of counsel and pro se parties of record unless otherwise noted below.

/s/ David T. Mitrou

| | | |
|---|---|---|
| 1. | Allen J McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. | Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. | Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. | Ann Songer, Esq. | stationfire@shb.com |
| 5. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. | Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. | B. Jon Enciso | jenciso@legalmgt.com |
| 8. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. | Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. | Brian Cunha, Esq. | brian@Briancunha.com |
| 11. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. | Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. | Carl A Henlein, Esq. | chenlein@fbtlaw.com |
| 15. | Charles Babcock, Esq. | cbabcock@jw.com |
| 16. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. | Christopher C. Fallon, Jr.,Esq. | cfallon@cozen.com |
| 18. | Christopher AD. Hunt, Esq. | chunt@cetcap.com |
| 19. | Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. | Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. | Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. | David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. | David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. | David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. | Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. | Earl H. Walker, Esq. | ewalker@jw.com |
| 30. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. | Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 35. | Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 36. | George Sullivan | georgia.sullivan@thehartford.com |
| 37. | Henry M. Swan, Esq. | hms@dksblaw.com |
| 38. | Howard A. Merten, Esq. | hmerten.station@psh.com |
| 39. | Howard Julian | sohohomes@yahoo.com |
| 40. | Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 41. | J. Renn Olefin, Esq.(Kate Harden) | kbh@olenn-penza.com |
| 42. | James A. Bigos, Esq. | jim@b-plaw.com |
| 43. | James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 44. | James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 45. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 46. | James R. Lee, Esq. | jlee@riag.ri.gov |
| 47. | James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 48. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 49. | Jessica Deanseris, Esq. | Jdean@wistbar.com |

| | | |
|---|---|---|
| 50. | John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 51. | John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 52. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 53. | John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 54. | John P. Barylick, Esq. | jpb@wistbar.com |
| 55. | John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 56. | John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 57. | Joseph B. Burns, Esq. | jburns@rms-law.com |
| 58. | Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 59. | Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 60. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 61. | Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 62. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 63. | Kate Harden, Esq.for Renn Olenn | khb@olenn-penza.com |
| 64. | Kathleen C. Henry, Esq. | khenry@choate.com |
| 65. | Kelly N. Michels, Esq. | stationfire@hansoncurren.com |
| 66. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 67. | Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 68. | Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 69. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 70. | Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 71. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 72. | Linda Magro, Esq. | jruggieri@hcc-law.com |
| 73. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 74. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 75. | Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 76. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 77. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 78. | Mark S. Mandell, Esq. | msb@msb-atty.com |
| 79. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 80. | Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 81. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 82. | Mark Ter Molen, Esq. | khenry@choate.com |
| 83. | Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 84. | Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 85. | Max Wistow, Esq. | mw@wistbar.com |
| 86. | Michael A. St Pierre, Esq. | mikesp@rrsplaw.com |
| 87. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 88. | Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 89. | Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| 90. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 91. | Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 92. | Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 93. | Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 94. | Peter L. Resnik, Esq. | presnick@mwe.com |
| 95. | Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 96. | Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 97. | Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 98. | Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 99. | Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 100. | Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 101. | Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 102. | Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 103. | Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 104. | Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 105. | Russell Bramley, Esq. | bramley@hbhlaw.net |
| 106. | Scott J. Tucker, Esq. | stucker@ths-law.com |
| 107. | Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 108. | Stephan E. Breggia, Esq. | sbreggia@bbglaw.us |

| | | |
|---|---|---|
| 109. | Stephen Izzi, Esq. | sizzi@mosesafonso.com |
| 110. | Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 111. | Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 112. | Stephen P. Fogerty, Esq. | fogarty@halloran-sage.com |
| 113. | Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 114. | Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 115. | Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 116. | Steven W. Kasten, Esq. | skasten@mwe.com |
| 117. | Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 118. | Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 119. | Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 120. | T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 121. | Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 122. | Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 123. | Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 124. | Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 125. | Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 126. | W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 127. | William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 128. | William E. O'Gara, Esq. | wogara@pld-law.com |
| 129. | William F. Burke, Esq. | wburke@apslaw.com |
| 130. | George Wolf, Esq. | stationfire@shb.com |
| 131. | Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| 132. | William M. Heffernan, Esq. | heffernanlaw@aol.com |
| 133. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 134. | Ted Tedford, Esq. | ftedford@tedfordhenry.com |