UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


ALBERT L. GRAY, Administrator, et al.
                Plaintiffs,

vs.                                            CA 04-312L

JEFFREY DERDERIAN, et al.,
                Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
                Plaintiffs,

vs.                                            CA 03-483L

AMERICAN FOAM CORPORATION, et al.,
                Defendants.


<u>MEMORANDUM AND ORDER</u>

Re: REPORT AND RECOMMENDATION - TWELVE DEFENDANTS' MOTIONS TO APPROVE SETTLEMENTS DATED MAY 22, 2009

Ronald R. Lagueux, Senior United States District Judge.

    This writer cannot improve on the exceptional Report and Recommendation issued by Magistrate Judge Martin dated May 22, 2009, concerning the settlements of twelve defendants: 1) Triton Defendants; 2) Clear Channel Defendants; 3) Polyurethane Foam Defendants; 4) State of Rhode Island; 5) Sealed Air Corporation and Sealed Air Corporation (US); 6) Celotex Corporation; 7) Polar Industries, Inc., and Home Depot U.S.A., Inc., 8) Anheuser Busch Inc.; 9) Joseph LaFontaine d/b/a New England Custom Alarm; 10) Superstar Services LLC and ABC Bus, Inc.; 11) JBL, Incorporated f/k/a James B. Lansing Sound Incorporated d/b/a JBL Professional;

and 12) American Foam Corp., Jo-Ann DerManouelian, Everett Marabian and Paul Plourde in their capacity as Executors of the Estate of Aram DerManouelian and Barry Warner.

Therefore, the Report and Recommendation is accepted and adopted in total, pursuant to Title 28 United States Code § 636(b)(1).

**Enter:**

/s/ Ronald R. Lagueux 6/4/09
Ronald R. Lagueux
Senior United States District Judge

**So Ordered:**
on the 4th day of June, 2009

s/ Barbara J. Gilfillan
    Deputy Clerk