UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

vs.                      C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

vs.                      C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.

### PLAINTIFFS'[1] ASSENTED-TO MOTION TO APPROVE "GOOD FAITH" SETTLEMENT WITH INSURANCE INSPECTION DEFENDANTS[2] IN ACCORDANCE WITH R.I.G.L. §§ 10-6-7 AND 10-6-8

All Plaintiffs in the pending Station nightclub cases move this Court for an Order approving their gross settlement with the Insurance Inspection Defendants in the total amount of $262,500, as "good faith" settlements in

---

[1] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L and Guindon, et al. v. Derderian, et al., C.A. No. 07-366; Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

[2] "Insurance Inspection Defendants" are Anchor Solutions Co., Inc., Essex Insurance Company, V.B. Gifford & Company, Inc., Gresham & Associates of R.I., Inc., Gresham & Associates of Rhode Island, Inc., Multi-State Inspections, Inc., High Caliber Inspections, Inc., Underwriters at Lloyds, London and Surplex Underwriters Inc.

accordance with §§ 10-6-7 and 10-6-8 of the Rhode Island General Laws, so as to extinguish all potential contribution claims by joint tortfeasors against them. The amounts being paid by each settling Insurance Inspection Defendant are as follows:

| | |
|---|---|
| Anchor Solutions Company, Inc. | $ 10,000.00 |
| Essex Insurance Company | $100,000.00 |
| V.B. Gifford & Company, Inc. | $  7,500.00 |
| Gresham & Associates of R.I., Inc. Gresham & Associates of Rhode Island Inc. | $ 10,000.00 |
| High Caliber Inspections, Inc. | $    - 0 –[3] |
| Multi-State Inspections, Inc. | $    - 0 – |
| Surplex Underwriters Inc. | $ 35,000.00 |
| Underwriters at Lloyds, London | $100,000.00 |
| TOTAL: | $262,500.00 |

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and Affidavit of John P. Barylick, the contents of which are incorporated by reference in this Motion.

All Insurance Inspection Defendants assent to the instant Motion and have authorized their electronic signatures, below.

---

[3] High Caliber Inspections, Inc. and Multi-State Inspections, Inc. lacked sufficient resources to contribute toward settlement.  Appeals of judgments in their favor are, however, being dismissed as part of the global settlement with all Defendants.

Respectfully submitted,

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorneys,

/s/ Max Wistow_____
/s/ John P. Barylick_____
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com]

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell_____
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msn.com]

Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through  #248, inclusive,
By their Attorneys,

/s/ Patrick T. Jones_____
/s/ Peter J.Schneider_____
Patrick T. Jones, Esq. (#6636)
Peter J. Schneider, Esq. (#6834)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Tel.: 617-737-3100
Fax: 617-737-3113
[email: pjones@cmjlaw.com]
[email: pschneider@cmjlaw.com]

Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,
By their Attorney,

/s/ Michael A. St. Pierre_____
Michael A. St. Pierre, Esq. (#2553)
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
Tel.: 401-822-2900
Fax: 401-826-3245
[email: mikesp@rrsplaw.com]

Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and #241,
By their Attorney,

/s/ Stephen E. Breggia_____

Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258, #259, #263, and #264,
By their Attorney,

/s/ Steven A. Minicucci_____

3

| | |
|---|---|
| Stephen E. Breggia, Esq. (#2865)<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908<br>Tel.: 401-831-1900<br>Fax: 401-831-0129<br>[email: sbreggia@bbglaw.us] | Steven A. Minicucci, Esq. (#4155)<br>Calvino Law Associates<br>373 Elmwood Avenue<br>Providence, RI 02907<br>Tel.: 401-785-9400<br>Fax: 401-941-1550<br>[email: sminicucci@calvinolaw.com] |
| Plaintiffs #69; #70; #196, #249, and #250,<br>By their Attorney, | Plaintiffs #191 and #239,<br>By their Attorney, |
| /s/ Eva-Marie Mancuso<br>Eva-Marie Mancuso, Esq. (#3564)<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909<br>Tel.: 401-455-3800<br>Fax: 401-455-3806<br>[email: emancuso@hwac.com] | /s/ Charles N. Redihan, Jr.<br>Charles N. Redihan, Jr., Esq. (#1810)<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903<br>Tel.: 401-831-2900<br>Fax: 401-331-7123<br>[email: credihan@kprlaw.com] |

Plaintiffs Tammy Passa, et al.,
Ronald Kingsley, et al.,
Andrew Paskowski, et al.,
Estate of Jude B. Henault, et al., and
Katrina Kolasa, et al.,
By their Attorney,

/s/ Ronald J. Resmini
Ronald J. Resmini, Esq. (#0848)
Resmini Law Office, Ltd.
155 South Main Street, Suite 400
Providence, RI  02903
Tel.: 401-751-8855
Fax:  401-737-6464
[email:  resminilaw@yahoo.com]


Plaintiffs Estate of Jude B. Henault, et al.,
Estate of Melvin Gerfin, et al.,
Estate of Samuel A. Miceli, et al.,
William Long, et al.,
David Malagrino, et al., and
Nancy Noyes, et al.,
By their Attorney,

4

/s/ Robert I. Reardon_____
Robert I. Reardon, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320
Tel.:  860-442-0444
Fax:  860-444-6445
[email:  reardonlaw@aol.com]


Plaintiffs Estate of Jude B. Henault, et al.
and Katrina Kolasa, et al.,
By their Attorney,

/s/ Ralph J. Monaco_____
Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320
Tel.:  860-447-3171
[email:  rmonaco.c-l@snet.net]


Plaintiffs George Guindon, et al.,
Linda Roderiques, et al. and
Charles and Carol Sweet, et al.,
By their Attorney,

/s/ Brian R. Cunha_____
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA  02720
Tel.:  508-675-9500
Fax:  508-679-6360
[email:  brian@briancunha.com]


Plaintiffs Neil Gonsalves, et al.,
By their Attorney,

/s/ Russell Bramley_____
Russell Bramley, Esq. (#1781)
Haronian, Bramley & Harrington, LLP
Centerville Commons

875 Centerville Road
Warwick, RI  02886
Tel.:  401-615-2886
[email: rbramley@hbhlaw.net]

Assented to:

Surplex Underwriters, Inc.
By its Attorney,

/s/ Thomas J. Cronin_____
Thomas J. Cronin, Esq.
Nolan, Dailey, Rothemich & Brunero, Ltd.
1070 Main Street
Coventry, RI  02816
Tel.:  401-828-5000
Fax:  401-823-3230
[email: tjc@ndgrb.com ]

Essex Insurance Company,
By its Attorneys,

/s/ Eric B. Hermanson_____
Eric B. Hermanson, Esq.
Choate, Hall & Stewart
Two International Place
Boston, MA   02110
Tel.:  617-248-5000
Fax:  617-248-4000
[email: ehermanson@choate.com]

/s/ Mark C. Hadden_____
Mark C. Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI   02903
Tel.:  401-274-0909
[email: mhadden@mhaddenlaw.com]

Multi-State Inspections, Inc.
and High Caliber Inspections, Inc.
By their Attorney,

/s/ John R. Mahoney_____
John R. Mahoney, Esq. (#1940)
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI   02903

...

Tel.:  401-331-5353
Fax:  401-331-7373
[email: johnmahoney@amlawllp.com]

Underwriters at Lloyd's, London
By their Attorney,

/s/ Mark P. Dolan_____
Mark P. Dolan, Esq.
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI   02903
Tel.:  401-272-8800
Fax:  401-421-7218
[email: ricedolan@ricedolan.com]

Gresham & Associates of R.I., Inc.,
Gresham & Associates of Rhode Island, Inc.,
By their Attorneys,

/s/ Stephen P. Fogerty_____
Stephen P. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road, West
Westport, CT   06880
Tel.:  203-227-2855
Fax:  203-227-6992
[email: fogerty@halloran-sage.com]

Anchor Solutions Company, Inc.,
By its Attorney,

/s/ Dennis J. Roberts, II_____
Dennis J. Roberts, II, Esq.
Law Office of Dennis J. Roberts, II
40 Westminster Street, Suite 305
Providence, RI    02903-2525
Tel.:  401-274-9600
Fax:  401-274-6500
[email: droberts@djrlaw.com]

V.B. Gifford & Company, Inc.
By its Attorney,

/s/ William M. Heffernan_____
William M. Heffernan, Esq.
2145 Diamond Hill Road, Suite One

Cumberland, RI  02864
Tel.:  401-334-5600
[email:  heffernanlaw@aol.com]

## CERTIFICATION

     I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 21st day of July, 2009.

| | |
|---|---|
| Andrew A. Beerworth, Esq. | abeerworth@morrisonmahoney.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Denean M. Russo, Esq. | drusso@mwdglaw.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Frederick B. Tedford, Esq. | ftedford@tedfordhenry.com |

| | |
|---|---|
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hm@psh.com |
| J. Renn Olenn, Esq. | mkd@olenn-penza.com |
| James K. Archibald, Esq. | jima@wmtburnett.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James E. Kelleher, Esq. | jamesk@rrsplaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James C. Martin, Esq. | jmartin@reedsmith.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John A. Caletri, Esq. | jcaletri@melicklaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Doody, Esq. | doody@lbbslaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Karen A. Alegria, Esq. | karen@Briancunha.com |
| Karen K. Corcoran, Esq. | karen@desistolaw.com |
| Karey P. Pond, Esq. | kpond@tedfordhenry.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kevin R. Powers, Esq. | kpowers@cetcap.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Kyle E. Bjornlund, Esq. | kbjornlund@cetcap.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Lisa A. Pinsonneault, Esq. | lpinsonneault@straussfactor.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |

| | |
|---|---|
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |
| Michael A. DeSisto, Esq. | michael@desistolaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Nicholas B. Kosiavelon, Esq. | nkosiavelon@BMCattorneys.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert L. Reifenberg, Esq. | rreifenberg@clausen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Carroll, Esq. | scarroll@BMCattorneys.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | singinglawyer@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven J. DeLuca, Esq. | sdeluca@morrisonmahoney.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |

| | |
|---|---|
| Stewart Grossman, Esq. | sgrossman@lgllp.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas G. Briody, Esq. | tbriodylaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy R. Scannell, Esq. | tscannell@BMCattorneys.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| Tyler Jay Lory, Esq. | tlory@clausen.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| William P. Pistorius, Esq. | wpistorius@clausen.com |

/s/ Max Wistow_____
/s/ John P. Barylick_____
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI  02903
(401) 831-2700
(401) 272-9752 (fax)
Email:  mw@wistbar.com
Email:  jpb@wistbar.com

11