UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
        Plaintiffs,

vs.                               C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
        Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
        Plaintiffs,

vs.                               C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
        Defendants.


## ORDER GRANTING PLAINTIFFS'[1] MOTION TO APPROVE AND ESTABLISH THE 468B QUALIFIED SETTLEMENT FUND AND APPOINT FUND TRUSTEES

Plaintiffs' Motion to Approve and Establish the 468B Qualified Settlement Fund and Appoint Fund Trustees (Gray Doc. 2042; Henault Doc. 1176), having come before this Court on January 7, 2010 without objection filed by any Defendant, it is hereby:

---

[1] All Station Fire Plaintiffs in the cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L; (Guindon, et al. v. Leggett & Platt, Inc., et al., C.A. No. 07-366L consolidated with Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L); Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L.

ORDERED, ADJUDGED AND DECREED:

(a) The Court approves the establishment of a Qualified Settlement Fund (§ 468B Trust) in the form attached to the Motion as Exhibit 1;

(b) The Court appoints Paul Finn, Esq. and RBS Citizens, N.A. as Co-Trustees of the Qualified Settlement Fund, established pursuant to § 468B of the Internal Revenue Code, and Treasury Regulation § 1.468B-1.

BY ORDER:

*[signature]*

ENTER:

*Ronald R. Lagueux*, J. Sr., US. D.J.,

Dated: 1/7/10