UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

vs.                                         C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.

ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

vs.                                         C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.

## ORDER

Plaintiffs' Motion to Declare Settlement Effective Date, having come before this Court, it is hereby:

## ORDERED

1. The "Effective Date" of the Master Release, Indemnity, and Settlement Agreement previously approved by this Court is today, 5/17/15 .

BY ORDER:

_[signature]_

ENTER:

_[signature] Ronald R. Lagueux_

Dated: 5/17/10

ORDER PREPARED AND PRESENTED BY:

/s/ Mark S. Mandell, Esq.
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msn.com]