UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

    vs.          C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

    vs.          C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.


## ASSENTED TO MOTION TO APPROVE AND ENTER STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs[1] in the above-captioned actions hereby move that this Court approve and enter the stipulation of Dismissal with Prejudice attached hereto as Exhibit A. This Stipulation has been signed by counsel for all Plaintiffs in all pending Station Nightclub Fire cases.

Counsel for all defendants assent to the instant Motion.

---

[1] All Station Fire Plaintiffs represented by all counsel in all actions as indicated by the signatures of counsel and in the following cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L; (Guindon, et al. v. Leggett & Platt, Inc., et al., C.A. No. 07-366L consolidated with Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L); Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L

| | |
|---|---|
| Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorney, | Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,<br>By their Attorneys, |
| /s/ Mark S. Mandell_____<br>Mark S. Mandell, Esq. (#0502)<br>Mandell, Schwartz & Boisclair, Ltd.<br>One Park Row<br>Providence, RI 02903<br>Tel.: 401-273-8330<br>Fax: 401-751-7830<br>[email: msmandell@msn.com] | /s/ Max Wistow_____<br>/s/ John P. Barylick_____<br>Max Wistow, Esq. (#0330)<br>John P. Barylick, Esq. (#1907)<br>Wistow & Barylick Incorporated<br>61 Weybosset Street<br>Providence, RI 02903<br>Tel.: 401-831-2700<br>Fax: 401-272-9752<br>[email: mw@wistbar.com]<br>[email: jpb@wistbar.com] |
| Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through #248, inclusive,<br>By their Attorneys, | Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,<br>By their Attorney, |
| /s/ Patrick T. Jones_____<br>/s/ Peter J.Schneider_____<br>Patrick T. Jones, Esq. (#6636)<br>Peter J. Schneider, Esq. (#6834)<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110<br>Tel.: 617-737-3100<br>Fax: 617-737-3113<br>[email: pjones@cmjlaw.com]<br>[email: pschneider@cmjlaw.com] | /s/ Michael A. St. Pierre_____<br>Michael A. St. Pierre, Esq. (#2553)<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886<br>Tel.: 401-822-2900<br>Fax: 401-826-3245<br>[email: mikesp@rrsplaw.com] |
| Plaintiffs #64, #65a, #66 through #68, inclusive, #192 through #195 inclusive, and #241,<br>By their Attorney, | Plaintiffs #12a, #76 through #79, inclusive, #215 through #221, inclusive, #238, #258, #259, #263, and #264,<br>By their Attorney, |
| /s/ Stephen E. Breggia_____<br>Stephen E. Breggia, Esq. (#2865) | /s/ Steven A. Minicucci_____<br>Steven A. Minicucci, Esq. (#4155) |

| | |
|---|---|
| Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908<br>Tel.: 401-831-1900<br>Fax: 401-831-0129<br>[email: sbreggia@bbglaw.us] | Calvino Law Associates<br>373 Elmwood Avenue<br>Providence, RI 02907<br>Tel.: 401-785-9400<br>Fax: 401-941-1550<br>[email: sminicucci@calvinolaw.com] |
| Plaintiffs #69; #70; #196, #249, and #250,<br>By their Attorney, | Plaintiffs #191 and #239,<br>By their Attorney, |
| /s/ Eva-Marie Mancuso_____<br>Eva-Marie Mancuso, Esq. (#3564)<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909<br>Tel.: 401-455-3800<br>Fax: 401-455-3806<br>[email: emancuso@hwac.com] | /s/ Charles N. Redihan, Jr._____<br>Charles N. Redihan, Jr., Esq. (#1810)<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903<br>Tel.: 401-831-2900<br>Fax: 401-331-7123<br>[email: credihan@kprlaw.com] |

Plaintiffs Tammy Passa, et al.,
Andrew Paskowski, et al.,
Estate of Jude B. Henault, et al.,
Ronald Kingsley, et al., and
Katrina Kolasa, et al.,
By their Attorney,

/s/ Ronald J. Resmini_____
Ronald J. Resmini, Esq. (#0848)
Resmini Law Office, Ltd.
155 South Main Street, Suite 400
Providence, RI  02903
Tel.: 401-751-8855
Fax:  401-737-6464
[email:  resminilaw@yahoo.com]


Plaintiffs Estate of Jude B. Henault, et al.,
Estate of Melvin Gerfin, et al.,
Estate of Samuel A. Miceli, et al.,
William Long, et al.,
David Malagrino, et al., and
Nancy Noyes, et al.,
By their Attorney,

/s/ Robert I. Reardon_____
Robert I. Reardon, Esq.

The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320
Tel.:  860-442-0444
Fax:  860-444-6445
[email:  reardonlaw@aol.com]


Plaintiffs Estate of Jude B. Henault, et al.
and Katrina Kolasa, et al.,
By their Attorney,

/s/ Ralph J. Monaco_____
Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320
Tel.:  860-447-3171
[email:  rmonaco.c-l@snet.net]


Plaintiffs George Guindon, et al.,
Linda Roderiques, et al. and
Charles and Carol Sweet, et al.,
By their Attorney,

/s/ Brian R. Cunha_____
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA  02720
Tel.:  508-675-9500
Fax:  508-679-6360
[email:  brian@briancunha.com]


Plaintiffs Neil Gonsalves, et al.,
By their Attorney,

/s/ Russell Bramley_____
Russell Bramley, Esq. (#1781)
Haronian, Bramley & Harrington, LLP
Centerville Commons
875 Centerville Road

Warwick, RI  02886
Tel.:  401-615-2886
[email:  rbramley@hbhlaw.net]

## **CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro* se defendant on this 27th day of May, 2010.

Thomas C. Angelone, Esq.                              Angelonelaw@aol.com
HODOSH, SPINELLA & ANGELONE,

C. Russell Bengtson, Esq.                              RBengtson@ckmlaw.com
CARROLL, KELLY & MURPHY

James A. Bigos, Esq.                                   jim@b-plaw.com


Russell Bramley, Esq.                                  bramley@hbhlaw.net

Joseph B. Burns, Esq.                                  jburns@rms-law.com
ROME MC GUIGAN SABANOSH P.C.

Mark D. Cahill, Esq.                                   mcahill@choate.com
Eric Bradford Hermanson, Esq.                          ehermanson@choate.com
CHOATE, HALL & STEWART

Lawrence J. Cappuccio, Esq.                            l.cappuccio@worldnet.att.net
CAPPUCCIO & CAPPUCCIO

Joseph Cavanagh Jr., Esq.                              stationfire@blishcavlaw.com
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH

Lawrence G. Cetrulo, Esq.                              lcetrulo@cetcap.com
Jennifer Creedon, Esq.                                 jcreedon@cetcap.com
Kyle Bjornlund, Esq.                                   kbjornlund@cetcap.com
CETRULO & CAPONE, LLC

John J. Cloherty, III, Esq.                            jcloherty@piercedavis.com
PIERCE, DAVIS & PERRITANO, LLP

Edward M. Crane, Esq.                                  ecrane@skadden.com
Deborah Solmor, Esq                                    dsolmor@skadden.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Brian R. Cunha, Esq.                           Brian@Briancunha.com
Karen A. Alegria, Esq.
LAW OFFICES OF BRIAN CUNHA
& ASSOCIATES

Anthony F. DeMarco, Esq                        tdemarco@conversent.net
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD


Gerald C. DeMaria, Esq.                        jruggieri@hcc-law.com
James A. Ruggieri, Esq.                        sodonoghue@hcc-law.com
HIGGINS, CAVANAGH & COONEY

Marc DeSisto, Esq                              stationfire@desistolaw.com
DE SISTO LAW

Stefanie DiMaio-Larivee, Esq.                  fonia@msn.com
GRILLI & DIMAIO

Mark P. Dolan, Esq.                            ricedolank@aol.com
RICE, DOLAN & KERSHAW

Christopher C. Fallon, Esq.                    cfallon@cozen.com
Josh M. Greenbaum                              jgreenbaum@cozen.com
COZEN O'CONNOR

Stephen P. Fogerty, Esq.                       fogerty@halloran-sage.com
HALLORAN & SAGE LLP

Bennett R. Gallo, Esq.                         brg@ndgrb.com
NOLAN, DAILEY, GALLO
ROTHMICH & BRUNERO, LTD.


Mark Hadden, Esq.                              MHadden@mhaddenlaw.com

Timothy B. Hardwicke, Esq.                     timothy.hardwicke@lw.com
Suzanne Kadus, Esq.                            suzanne.kadus@lw.com
Meghan H. Sullivan, Esq.                       meghan.sullivan@lw.com

William M. Heffernan, Esq.                     heffernanlaw@aol.com
HEFFERNAN LAW OFFICES, PC

Carl A. Henlein, Esq.          chenlein@fbtlaw.com
John R. Crockett, III, Esq.          jcrockett@fbtlaw.com
Susan S. Wettle, Esq.          swettle@fbtlaw.com
FROST BROWN TODD

Edward T. Hinchey, Esq.          ehinchey@sloanewalsh.com
Robert T. Norton, Esq.          rnorton@sloanewalsh.com
SLOANE & WALSH, LLP

John G. Hines, Esq.          Hines-Patz@conversent.net
HINES & PATZ, INC.

Daniel J. Horgan, Esq.          horganlaw@snet.net
THE HORGAN LAW OFFICES

Stephen A. Izzi, Esq.          sizzi@mosesafonso.com

Craig A. Johns, Esq.          johnsc@Nationwide.com
LAW OFFICES OF JOHN T. MADDEN

Patrick T. Jones, Esq.          pjones@cmj-law.com
Peter Schneider, Esq.          PSchneider@cmj-law.com
COOLEY MANION JONES, LLP

Howard Julian          sohohomes@yahoo.com

Bruce P. Keller, Esq.          Bkeller@debevoise.com
Michael Potenza, Esq.          mpotenza@debevoise.com
DEBEVOISE & PLIMPTON

Fred A. Kelly, Jr., Esq.          StationFireLitigation@nixonpeabody.com
Steven M. Richard, Esq.          kclarke@nixonpeabody.com
Kim M. Clarke, Esq.
NIXON PEABODY, LLP

Joseph Krowski, Esq.          josephkrowski.law@verizon.net

David D. Langfitt, Esq.          dlangfitt@mmwr.com
MONTGOMERY, MCCRACKEN, WALKER
& RHOADS LLP

Ronald Langlois, Esq.          rlanglois@smithbrink.com
Lauren D. Wilkins, Esq.          lwilkins@smithbrink.com
SMITH & BRINK

James R. Lee, Esq.          jlee@riag.state.ri.us

DEPT. OF THE ATTORNEY GENERAL

Thomas W. Lyons, Esq.     tlyons@straussfactor.com
STRAUSS, FACTOR, LAING & LYONS

Richard W. MacAdams, Esq.     Rmacadams@mandwlaw.com
MAC ADAMS & WIECK INC.

David E. Maglio, Esq.     dmaglio@magliolaw.com
DAVID E. MAGLIO & ASSOCIATES, P.C.

John R. Mahoney, Esq.     johnmahoney@amlawllp.com
ASQUITH & MAHONEY LLP

Eva Marie Mancuso, Esq.     emancuso@hwac.com
HAMEL, WAXLER, ALLEN & COLLINS

Mark S. Mandell, Esq.     msmandell@msn.com
MANDELL, SCHWARTZ & BOISCLAIR

Michael J. McCormack, Esq.     mmccormack@mccormackfirm.com
David T. Mitrou, Esq.     dmitrou@mccormackfirm.com
Joseph H. Aronson, Esq.     jaronson@mccormackfirm.com
THE MC CORMACK FIRM

W. Thomas McGough Jr., Esq.     tmcgough@reedsmith.com
James J. Restivo, Jr., Esq.     jrestivo@reedsmith.com
REED SMITH LLP

Edwin F. McPherson, Esq.     emcpherson@m-klaw.com
MC PHERSON & KALMANSOHN LLP

Matthew E. Medeiros, Esq.     mfm@lmkbw.com
LITTLE, BULMAN, MEDEIROS & WHITNEY

Howard Merten, Esq.     Hmerten.station@psh.com

Steven A. Minicucci, Esq.     sminicucci@calvinolaw.com
William A. Filippo, Esq.     wfilippo@calvinolaw.com
CALVINO LAW ASSOCIATES

Ralph J. Monaco, Esq.     Rmonaco.c-l@snet.net
CONWAY & LONDREGAN

James T. Murphy, Esq.     stationfire@hansoncurran.com

Kelly N. Michels, Esq.
HANSON CURRAN, LLP

John J. Nazzaro, Esq.                     attynazzaro@aol.com
JOHN NAZZARO LAW OFFICES

Mark T. Nugent, Esq.                      mnugent@morrisonmahoney.com
Paul V. Sullivan, Esq.                    pvsullivan@morrisonmahoney.com
MORRISON, MAHONEY & MILLER

William E. O'Gara, Esq.                   wogara@pld-law.com
PANNONE LOPES & DEVEREAUX LLC

J. Renn Olenn, Esq.                       KBH@olenn-penza.com
OLENN & PENZA

Mark E. Parsky, Esq.                      mep@mcveyparsky-law.com
McVEY & PARSKY, LLP

Stephen M. Prignano, Esq.                 sprignano@eapdlaw.com
Stephen MacGillivray, Esq.                smacgillivray@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE
LLP

Robert I Reardon, Jr., Esq.               Reardonlaw@aol.com
THE REARDON LAW FIRM, P.C.

Charles N. Redihan Jr., Esq.              credihan@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN

James H. Reilly III, Esq.                 jreilly@kkrs.com
Donald J. Maroney, Esq.                   dmaroney@kkrs.com
KELLEY, KELLEHER, REILLY &
SIMPSON

Ronald J. Resmini, Esq.                   Resminilaw@yahoo.com
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI

Peter L. Resnik, Esq.                     presnik@mwe.com
Steven W. Kasten, Esq.                    skasten@mwe.com
McDermott Will & Emery

Dennis J. Roberts II, Esq.                kgoyer@djrlaw.com
Law Offices of Dennis J. Roberts II

Michael G. Sarli, Esq.  mgs@gsm-law.com
Michael R. DeLuca, Esq.  mrd@gsm-law.com
Gidley, Sarli & Marusak, LLP

Ann M. Songer, Esq.  stationfire@shb.com
George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP

Michael A. St. Pierre, Esq.  mikesp@rrsplaw.com
REVENS, REVENS & ST. PIERRE P.C.

Georgia Sullivan, Esq.  Georgia.Sullivan@thehartford.com
LAW OFFICES OF DAVID J. MATHIS

Rajaram Suryanarayan, Esq.  rsury@gunninglafazia.com
Eric B. DiMario, Esq.
GUNNING & LAFAZIA, INC.

Henry M. Swan, Esq.  hms@dksblaw.com
DAVIS, KILMARX, SWAN & BOWLING

Mark R. Ter Molen, Esq.  mtermolen@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP

Mark D. Tourgee, Esq.  aminchillo@itwlaw.com
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON

Andrew Trevelise, Esq.  atrevelise@reedsmith.com
REED SMITH LLP

Bruce G. Tucker, Esq.  btucker@legalmgt.com

Scott J. Tucker, Esq.  Stucker@ths-law.com
TUCKER, HEIFETZ & SALTZMAN, LLP

T. Dos Urbanski, Esq.  durbanski@melicklaw.com
Michael J. Mazurczak, Esq.  mmazurczak@melicklaw.com
MELICK, PORTER & SHEA, LLP

Earl H. Walker, Esq.  CBabcock@jw.com
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP

Max Wistow, Esq.  jdean@wistbar.com

John P. Barylick, Esq.  jpb@wistbar.com
WISTOW & BARYLICK

David A. Wollin, Esq.  dwollin@apslaw.com
William F. Burke, Esq.  wburke@apslaw.com
ADLER, POLLOCK & SHEEHAN

Esquire Deposition Services, LLC.  stationfire@esquirecom.com.

John J. Flanagan, Esquire  flanagan@torti.com

S. Michael Levin, Esquire  mlevin@wszlaw.com
WINOGRAD SHINE & ZACKS P.C.

Daniel P. McKiernan, Esquire  dmckiernan@mtmlaw.us
McKIERNAN, THOMPSON & MILLEA


/s/ Mark S. Mandell
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msn.com]