UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

vs.                                      C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

vs.                                      C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.


**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby agreed, by counsel for all plaintiffs in the above-captioned actions[1] that, pursuant to the terms of the Master Release, Indemnity and Settlement Agreement approved by this Court on January 7, 2010 (*Gray* Doc. 2047; *Henault* Doc. 1181) and the Order of this Court of May 17, 2010 setting May 17, 2010 as the Effective Date of the Settlement (*Gray* Doc. 2050;

*Enter: Ronald R. Lagueux*
*Sr. USDJ 6/1/10*

---

[1] All Station Fire Plaintiffs represented by all counsel in all actions as indicated by the signatures of counsel and in the following cases of Gray, et al. v. Derderian, et al., C.A. No. 04-312L; Napolitano, et al. v. Derderian, et al., C.A. No. 06-080L; Passa, et al. v. Derderian, et al., C.A. No. 03-148L; Kingsley, et al. v. Derderian, et al., C.A. No. 03-208L; Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L; (Guindon, et al. v. Leggett & Platt, Inc., et al., C.A. No. 07-366L consolidated with Guindon, et al. v. American Foam Corp., et al., C.A. No. 03-335L); Henault, et al. v. American Foam Corp., et al., C.A. No. 03-483L; Roderiques, et al. v. American Foam Corp., et al., C.A. No. 04-026L; Sweet, et al. v. American Foam Corp., et al., C.A. No. 04-056L; Paskowski, et al. v. Derderian, et al., C.A. No. 05-002L; Kolasa v. American Foam Corp., et al., C.A. No. 05-070L; Long v. American Foam Corporation, C.A. No. 06-047L; Malagrino v. American Foam Corp., et al., C.A. No. 06-002L; and Gonsalves v. Derderian, et al., C.A. No. 06-076L

2

*Henault* Doc. 1183), all Plaintiffs' Complaints in the above-captioned actions (as set forth in fn. 1, below) may be dismissed with prejudice, waiving all rights of appeal from this dismissal.

This dismissal is expressly subject to incorporation of the Master Release, Indemnity and Settlement Agreement herein and retention by this Court of jurisdiction in this matter to enforce the parties' obligations to comply with the terms of the Court-approved Master Release, Indemnity and Settlement Agreement, to oversee the administration of the Qualified Settlement Fund and for any other purpose necessary or helpful to effectuate the final settlement of this matter.

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorney,

/s/ Mark S. Mandell
Mark S. Mandell, Esq. (#0502)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel.: 401-273-8330
Fax: 401-751-7830
[email: msmandell@msn.com]

Plaintiffs #13d and e, #17 through #63, inclusive, #133 through #190, inclusive, #225 through #233, inclusive, # 240, and #251 through #257, inclusive, and the Napolitano plaintiffs,
By their Attorneys,

/s/ Max Wistow
/s/ John P. Barylick
Max Wistow, Esq. (#0330)
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com]

Plaintiffs #1 through #11, inclusive, #12b, #13a, b, and c, #14 through #16, inclusive, #80 through #132, inclusive, #222; #223, and #242 through #248, inclusive,
By their Attorneys,

/s/ Patrick T. Jones
/s/ Peter J.Schneider
Patrick T. Jones, Esq. (#6636)

Plaintiffs #65b, #71 through #75, inclusive, #197 through #214, inclusive, #224; #234 through #237, inclusive, #260 through #262, inclusive, #265 and #266,
By their Attorney,

/s/ Michael A. St. Pierre
Michael A. St. Pierre, Esq. (#2553)
Revens, Revens & St. Pierre, P.C.

3