UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et al.,
    Plaintiffs,

vs.                                             C.A. No. 04-312L

JEFFREY DERDERIAN, et al.,
    Defendants.


ESTATE OF JUDE B. HENAULT, et al.,
    Plaintiffs,

vs.                                             C.A. No. 03-483L

AMERICAN FOAM CORPORATION, et al.,
    Defendants.


## ADMINISTRATIVE ORDER

Ronald R. Lagueux, Senior United States District Judge.

Pursuant to Local Rule Gen. 113(e), and notwithstanding the Stipulation of Dismissal with Prejudice entered by this Court on June 1, 2010, the Court orders that the above-captioned cases remain open for administrative purposes until all unresolved issues are settled. During that time, the Court retains jurisdiction of these matters in order to ensure compliance with the terms of the Master Release, to ensure the resolution of any

Page Two
Administrative Order

liens, to oversee the administration of the Qualified Settlement Trust, and any other outstanding issues necessary to effectuate the final settlement.

It is so ordered.

_____
Ronald R. Lagueux
Senior United States District Judge
June 4, 2010