UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, Administrator, et. al.
    Plaintiffs

VS.                          C.A. No.:    04-312L

JEFFREY DERDERIAN, et. al.,
    Defendants

## MOTION OF THE CO-TRUSTEES, PAUL A. FINN & CITIZENS BANK, TO TERMINATE THE 468 (B) QUALIFIED SETTLEMENT FUND

Now comes Paul A. Finn on behalf of himself and the co-trustee, Citizens Bank, and moves this Honorable Court to terminate the 468 (B) Qualified Settlement Fund and Trust. The co-trustees aver to this Honorable Court that all of the settlement funds have been collected by the co-trustees and all of the collected money has been disbursed according to the settlement agreements and/or court orders. Accordingly there is no further reason for the trust since the co-trustees' duties under the Trust Document have been fully and completely discharged.

Therefore the co-trustees pray that this Honorable Court terminate the co-trustees obligations and terminate the 468 (B) Qualified Settlement Fund and Trust.

Respectfully Submitted

Granted:
/s/ Ronald R. Lagueux
Sr. USDJ 6/1/11

Paul A. Finn, Co-Trustee
1145 West Chestnut Street
Brockton, MA 02301
(508) 583-8111